UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **DESIREE KEYS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.4:10CV2387SNLJ/NAB |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |

## ORDER AND JUDGMENT

Having received no objections thereto,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Nanette A. Baker [17], filed December 8, 2011 be and is **SUSTAINED, ADOPTED,** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the relief sought by the plaintiff's complaint be **GRANTED IN PART** and **DENIED IN PART** insofar that benefits will not be awarded to plaintiff at this time; however, this matter will be remanded to the Commissioner for further proceedings consistent with the Magistrate Judge's Report and Recommendation [17].

**IT IS FURTHER ORDERED** that the final decision of the Commissioner denying the plaintiff's application for disability benefits be and is **REVERSED**.

**IT IS FINALLY ORDERED, ADJUDGED, AND DECREED** that pursuant to Sentence Four of 42 U.S.C. §405(g), this case is **REMANDED** to the Commissioner for further proceedings consistent with the Magistrate Judge's Report and Recommendation [17].  On remand, the ALJ shall reassess plaintiff's RFC consistent with the instant Report and Recommendation; and, the ALJ shall

also assess whether the plaintiff can return to her past relevant work, in a manner consistent with the instant Report and Recommendation.

This Court does not retain jurisdiction of this case.

Dated this   20th   day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE